UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: SET-TOP CABLE TELEVISION
BOX ANTITRUST LITIGATION

08 MDL No. 1995

Lead Case:
08 Civ. 7616 (PKC)

**NOTICE OF APPEAL**

---

Notice is hereby given that Mathew Meeds, Jason Dalen, Jenny Lell, Jeffrey Seals, Angela Kaufman, Les Izumi, Danielle Knerr, Allan Fromen, Noam Nahary, Matthew McAleney, William Steinke, and Robert Mitchell, all plaintiffs in connection with the above captioned consolidated action, on their own behalf and as representative of a proposed class of similarly situated persons ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on 18th day of May, 2011, which gave effect to the Court's April 8, 2011 Memorandum and Order.

Dated: June 17, 2011

Respectfully submitted,

Robert I. Harwood
Peter W. Overs, Jr.
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

**LIAISON COUNSEL**



U.S. DISTRICT COURT
FILED
JUN 17 2011
D.S.
S.D. OF N.Y.

John F. Edgar  
John M. Edgar  
Michael D. Pospisil  
EDGAR LAW FIRM LLC  
1032 Pennsylvania Ave.  
Kansas City, MO  64105  
Telephone: (816) 531-0033  
Facsimile:  (816) 531-3322  

**LEAD COUNSEL**